# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 14-284 |
| VERSUS | SECTION "H" |
| BRANDON LICCIARDI<br>ERIK J. NUNEZ | VIOLATION: 18:1512(b)(2)(A);21:846;<br>21:841(a)(1), (b)(1)(C), (b)(2) & (b)(7)(A) |

## RE-NOTICE OF FRYE HEARING

Take Notice that this criminal case has been reset for **FRYE HEARING** on **THURSDAY, JUNE 23, 2016 at 3:00 p.m.,** before DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Court House Courtroom C-224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: April 6, 2016   WILLIAM W. BLEVINS, CLERK
TO:
BRANDON LICCIARDI      **(CUSTODY)**     by:   **Bridget Gregory**
ERIK J. NUNEZ          **(CUSTODY)**           **Case Manager**

**COUNSEL FOR LICCIARDI**
BRIAN J. CAPITELLI
RALPH CAPITELLI
1100 Poydras St., Suite 2950
New Orleans, LA 70163

DOROTHY GRAHAM DA PONTE
3801 Canal Street, Suite 400
New Orleans, LA 70122

**COUNSEL FOR NUNEZ**
HERBERT VICTOR LARSON , JR.
SARA A. JOHNSON
700 Camp St.
New Orleans, LA 70130

If you change address,
notify Clerk of Court
by phone, 504-589-7600

AUSA: MICHAEL E. MCMAHON, THEODORE R. CARTER, III, MARK A. MILLER, BRANDON LONG
New Orleans, LA 70130

U.S. Marshal

U.S. Probation Officer

U.S. Probation Office - U.S. Pretrial Services

**JUDGE MILAZZO**

**MAGISTRATE**

FOREIGN LANGUAGE INTERPRETER:

　　　NONE