UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 14-284** |
| **BRANDON LICCIARDI**<br>**ERIK NUNEZ** | **SECTION: "H" (4)** |

## ORDER

Before the Court are Defendant Brandon Licciardi's Motion to Dismiss Count One as Duplicitous (Doc. 311); Defendant Erik Nunez's Motion to Dismiss Counts One and Three as Duplicitous (adopted by Defendant Licciardi) (Doc. 324); and Defendant Erik Nunez's Motion to Dismiss Counts One and Three for Failure to state a violation of 21 U.S.C. 841(b)(7)(A) or in the alternative Motion to Strike (adopted by Defendant Brandon Licciardi) (Doc. 323). The arguments raised in these motions have been rendered moot by the Fifth Superseding Indictment (Doc.364). Accordingly, these Motions are **DENIED**.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**