UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 14-284** |
| **BRANDON LICCIARDI**<br>**ERIK NUNEZ** | **SECTION: "H"(4)** |

## ORDER

**IT IS ORDERED** that the Court will hold oral argument on the following Motions on June 23, 2016 at 9:30 a.m.:

- Motion in Limine to Exclude Licciardi's Out of Court Statements (Doc. 376)
- Motion in Limine to Prevent Interpretation of Evidence that is Self-Explanatory (Doc. 377)
- Motion in Limine to prevent the Prosecution and its Witnesses from Using the Term "Rape Kit" (Doc. 378)
- Motion in Limine to Limit the Testimony of Prosecution Expert Dr. Cynthia Morris-Kukoski (Doc. 379)
- Motion in Limine to preclude the Government from Arguing Defendant had an Enhanced Duty as a St. Bernard Police Officer During Opening/Closing Arguments (Doc. 380)
- Motion in Limine to Preclude Government From Introducing Evidence of Domestic Violence and Gambling (Doc. 381)

- Motion in Limine to Preclude Reference to Any Co-conspirators (Doc. 382)
- Motion in Limine to Preclude Admission of Video from OHM Bar (Doc. 384)
- Motion in Limine to Preclude Admission of 404(b) and 413 Evidence (Doc. 385)
- Motion to Suppress Evidence; Request for a Franks Hearing (Doc. 396)

**IT IS FURTHER ORDERED** that a Frye hearing as to both Defendants and the Final Pretrial Conference shall immediately follow oral argument on these Motions.

New Orleans, Louisiana this 10th day of June, 2016.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**